NUMBER
13-10-00631-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

LUIS
ANGEL OLVERA,                                                                 Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 156th District Court

                                      of
Live Oak County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

                     Before
Justices Benavides, Vela, and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant,
Luis Angel Olvera, by and through his attorney, has filed a motion to withdraw
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to withdraw the appeal
and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.  Appellant counsel’s
motion to withdraw, previously carried with the case, is GRANTED.     

PER CURIAM

 

Do not publish.

See Tex.
R. App. P. 47.2(b).  

Delivered and filed the

7th day of July, 2011.